IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RONNY L. JERNIGAN,

        Appellant,

 v.

Case No.  5D22-913
LT Case No. 2022-10100-CIDL

DEPARTMENT OF CORRECTIONS
AND STATE OF FLORIDA,

        Appellees.

_____/

Decision filed October 6, 2022

Appeal from the Circuit Court
for Volusia County,
James R. Clayton, Judge.

Ronny L. Jernigan, Virginia Beach, VA,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Linda Shaljani,
Assistant Attorney General, Tampa,
for Appellee, Department of
Corrections.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee, State of
Florida.

PER CURIAM.

AFFIRMED.

LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.